Gold v New York Life Ins. Co. (2018 NY Slip Op 06784)

Gold v New York Life Ins. Co.

2018 NY Slip Op 06784 [32 NY3d 1009]

October 11, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, November 28, 2018

[*1]

Avraham Gold et al., Respondents,
v
New York Life Insurance Co. et al., Appellants.

Decided October 11, 2018

Gold v New York Life Ins. Co., 153 AD3d 216, reversed.

APPEARANCES OF COUNSEL

Morgan, Lewis & Bockius LLP, Princeton, New Jersey (Sean P. Lynch of counsel), for appellants.
Sanford F. Young, P.C., New York City (Sanford F. Young of counsel), for respondents.

{**32 NY3d at 1010} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order, insofar as appealed from, reversed, without costs, and defendants' motion to compel plaintiff Melek Kartal to arbitrate granted. The parties now agree that the arbitration clauses in Kartal's agreements are enforceable (see Epic Systems Corp. v Lewis, 584 US &mdash, 138 S Ct 1612 [2018]), and ask that we reverse.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.